**2017–0367. State ex rel. Matthews v. Haviland.**
Allen App. No. 1–16–54. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

The clerk shall issue an order for the transmission of the record from the Court of Appeals for

Allen County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.